**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name:  **Jawad Zarif v. Jeremy Casey**          Case Number:  **26-cv-2150-CAB-MSB**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez     Rptr Tape:  N/A

The Court DISMISSES this Petition because Petitioner has another habeas petition pending before this Court and has elected to proceed with that petition.  [*See* Case No. 3:26-cv-1320-CAB-DDL at Doc. No. 8.]  The prior briefing schedule and hearing are VACATED.  [Doc. No. 3.]  The Clerk of the Court shall close the case.

 Date:  April 14, 2026                                    Initials:  MS